**KNEUPPER & COVEY, PC**
Kevin Kneupper, Esq. (CA SBN 325413)
kevin@kneuppercovey.com
A. Cyclone Covey, Esq. (CA SBN 335957)
cyclone@kneuppercovey.com
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
Tel: 512-420-8407

*Attorneys for Defendants Amirhossein Forouzani, Jason Andrew Vranek, Puffer Labs Corp., Puffer Foundation, and Puffer Staking Limited*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VISHAL LALL,<br>Plaintiff,<br>vs.<br>AMIRHOSSEIN FOROUZANI, ET AL.,<br>Defendants. | Case No.: 3:25-cv-4948-EMC<br><br>**NOTICE OF ERRATA CONCERNING ECF 66 – DEFENDANTS' MOTION TO DIMSISS THE AMENDED COMPLAINT** |

Defendants timely filed a motion to dismiss Plaintiff's amended complaint, ECF 66, but in submitting the motion via the ECF system Defendant's counsel neglected to select Defendant Amirhossein Forouzani as a defendant joining in the motion. This notice of errata clarifies that Amirhossein Forouzani joins in Defendants' motion to dismiss to correct the party-selection error made when submitting the motion via the ECF system. Defendant's motion plainly states that the individual defendants seek dismissal, and Amirhossein Forouzani is one of two individual defendants.

DATED: May 2, 2026

**KNEUPPER & COVEY, PC**

/s/ A. Cyclone Covey

A. Cyclone Covey, Esq.

*Attorney for Defendants Amirhossein Forouzani, Jason Andrew Vranek, Puffer Labs Corp., Puffer Foundation, and Puffer Staking Limited.*