MICHAEL MIX (*pro hac vice*)
mmix@morrisoncohen.com
JASON P. GOTTLIEB (*pro hac vice*)
jgottlieb@morrisoncohen.com
WILLIAM ROTH (*pro hac vice*)
wroth@morrisoncohen.com
MORRISON COHEN LLP
909 Third Avenue, 27th Floor
New York, NY 10022
Telephone: (212) 735-8600

ELLEN LONDON (Cal. Bar No. 325580)
elondon@londonnaor.com
MICHAEL LUNDHOLM (Cal. Bar No. 336151)
mlundholm@londonnaor.com
LONDON & NAOR P.C.
1999 Harrison Street, Suite 2010
Oakland, CA 94612
Telephone: (415) 862-8485
Facsimile: (415) 862-8487

Attorneys for Plaintiff
VISHAL LALL

KEVIN KNEUPPER (CA SBN 325413)
kevin@kneuppercovey.com
A. CYCLONE COVEY (CA SBN 335957)
cyclone@kneuppercovey.com
KNEUPPER & COVEY, PC
17011 Beach Blvd., Suite 9000
Huntington Beach, CA 92647
Telephone: (512) 420-8407

Attorneys for Defendants AMIRHOUSSEIN FOROUZANI, JASON VRANEK, PUFFER LABS CORP., PUFFER FOUNDATION, PUFFER STAKING LIMITED.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

VISHAL LALL, individually, and derivatively on behalf of Nominal Defendant PORTAL ORACLE CORP.,

Plaintiff,

v.

AMIRHOSSEIN FOROUZANI, JASON VRANEK, PUFFER LABS CORP., PUFFER FOUNDATION, PUFFER STAKING LIMITED,

Defendants, and

PORTAL ORACLE CORP.,

Nominal Defendant,

Case No. 25-cv-04948-EMC

**JOINT CASE MANAGEMENT STATEMENT**

Date: July 9, 2026
Time: 1:30 PM
Courtroom: 5
Judge: Hon. Edward M. Chen

The Parties to the above-entitled action jointly submit this FURTHER JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER pursuant to the Court's order (Dkt. No. 71) and in advance of the Court's Further Case Management Conference scheduled for July 9, 2026. The Parties also incorporate by reference their initial Joint Case Management Statement dated October 7, 2025 (Dkt. No. 31) and their subsequent Joint Case Management Statement dated March 3, 2026 (Dkt. No. 57).

**I. Case Updates Since March 10, 2026 Conference**

On April 3, 2026, Plaintiffs Vishal Lall filed the Amended Complaint and an unredacted version under seal. *See* Dkt. Nos. 59–61. In connection with the Amended Complaint, Plaintiff filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, and briefing for such motion is complete. *See* Dkt. Nos. 59, 62, 63. On May 1, 2026, Defendants moved to dismiss the Amended Complaint, and briefing for such motion is complete. *See* Dkt. Nos. 66, 72, 73.

As discussed at the March 10, 2026 Conference, full discovery has been stayed but the parties engaged in jurisdictional and mediation discovery.

The Parties are prepared to discuss the above and related scheduling issues at the July 9, 2026 conference.

Dated: June 30, 2026

**MORRISON COHEN LLP**

/s/ Michael Mix
Michael Mix (*pro hac vice*)
Jason Gottlieb (*pro hac vice*)
William Roth (*pro hac vice*)
909 Third Avenue
New York, New York 10022
mmix@morrisoncohen.com
jgottlieb@morrisoncohen.com
wroth@morrisoncohen.com
(212) 735-8600

**LONDON & NAOR P.C.**

Ellen London (Cal. Bar No. 325580)
Michael Lundholm (Cal. Bar No. 336151)
elondon@londonnaor.com
mlundholm@londonnaor.com

1999 Harrison Street, Suite 2010
Oakland, CA 94612
(415) 862-8485

*Attorneys for Plaintiff Vishal Lall*

Dated: June 30, 2026

**KNEUPPER & COVEY P.C.**

*/s/ Kevin Kneupper*
Kevin Kneupper (CA SBN 325413)
kevin@kneuppercovey.com
Cyclone Covey (CA SBN 335957)
cyclone@kneuppercovey.com
17011 Beach Blvd., Suite 900
Huntington Beach, CA 92647
(657) 845-3100

*Attorneys for Defendants Amirhossein Forouzani, Jason Vranek, Puffer Labs Corp., Puffer Foundation, and Puffer Staking Limited*

**E-FILING ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I, Michael Mix, hereby attest that concurrence in the filing of this document has been obtained from Defendants' counsel.

Dated: June 30, 2026 Morrison Cohen LLP

By: /s/ *Michael Mix*

Michael Mix